IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| GEORGE R. DURHAM, | ) | |
|---|---|---|
| Petitioner, | ) | Civil Action No. 17-662 |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Robert C. Mitchell |
| THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, *et al.*, | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636 and Local Rule of Civil Procedure 72.

On June 19, 2017, the Magistrate Judge issued a Report (Doc. 5) recommending that the Petition of George R. Durham for a writ of habeas corpus be dismissed as a successive petition. The Report and Recommendation was served on the parties, and Petitioner has filed Objections. See Doc. 6.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

The Petition of George R. Durham for a writ of habeas corpus (**Doc. 4**) is **DISMISSED** and a certificate of appealability is **DENIED**. The Magistrate Judge's Report and Recommendation hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

September 6, 2017                                        s/Cathy Bissoon
                                                         Cathy Bissoon
                                                         United States District Judge

cc (via ECF email notification):

All counsel of record


cc (via First-Class, U.S. Mail):

GEORGE R. DURHAM
HN-4394
SCI Fayette
Post Office Box 9999
LaBelle, PA 15450-0999