## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE R. DURHAM, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 17-662 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Robert C. Mitchell |
| THE ATTORNEY GENERAL OF | ) | |
| THE STATE OF PENNSYLVANIA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## <u>MEMORANDUM ORDER</u>

This case has been referred to United States Magistrate Judge Robert C. Mitchell for

pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636 and Local Rule of

Civil Procedure 72.

On September 28, 2017, the Magistrate Judge issued a Report (Doc. 10) recommending

that Petitioner George R. Durham's Motion for Relief from Judgment under Federal Rule of

Civil Procedure 60(b) (Doc. 9) be dismissed as being without a jurisdictional basis. The Report

and Recommendation was served on the parties, and Petitioner has filed Objections. <u>See</u> Doc.

11.

After a *de novo* review of the pleadings and documents in the case, the procedural history

of Petitioner's related actions, the Report and Recommendation, and the Objections thereto, the

Court finds that it lacks jurisdiction to review the decision of the United States Court of Appeals

for the Third Circuit denying Petitioner's application to file a second *habeas corpus* petition.

Accordingly, the following Order is entered:

Petitioner's Rule 60(b) Motion (**Doc. 9**) for relief from a judgment of the Court of Appeals for the Third Circuit denying Petitioner's application to file a second *habeas corpus* petition is **DISMISSED WITH PREJUDICE** as lacking a jurisdictional basis. The Magistrate Judge's Report and Recommendation is hereby adopted as the Opinion of the District Court.

IT IS SO ORDERED.


November 16, 2017

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All counsel of record


cc (via First-Class, U.S. Mail):

GEORGE R. DURHAM
HN-4394
SCI Fayette
Post Office Box 9999
LaBelle, PA 15450-0999